UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 15-cv-00535-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Elizabeth D. Laporte for consideration of whether the case is related to *Austin v. State of California*, 15-cv-00504-EDL.

**IT IS SO ORDERED.**

Dated: February 9, 2015

                                             _____
                                             KANDIS A. WESTMORE
                                             United States Magistrate Judge